# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:
ERIN M ELDER
2265 UNION AVE
COLUMBUS, OH 43223

Case No: 04-67795

Judge: CHARLES M. CALDWELL

SSN(S): XXX-XX-3227

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated: April 20, 2010

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| SANFORD J COHAN ESQ<br>2500 CORPORATE EXCHNG DR 151A<br>COLUMBUS, OH 43231 | 0.90 |